UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVAN WEINER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SNAPPLE BEVERAGE CORPORATION,<br><br>Defendant. | Civil Action No.: 1:07-cv-08742<br><br>**NOTICE OF MOTION TO DISMISS**<br><br>**ORAL ARGUMENT REQUESTED** |

PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of Defendant Snapple Beverage Corporation's Motion to Dismiss, the undersigned will move this Court, before The Honorable Denise Cote, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York, on a date designated by the Court, for an order dismissing Plaintiff's Complaint in its entirety with prejudice, and granting such other relief as this Court may deem just and proper.

Dated: November 6, 2007

**BAKER BOTTS L.L.P.**

/s/ Seth T. Taube
Seth T. Taube (ST 6088)
Maureen P. Reid (MR 2326)
30 Rockefeller Plaza
New York, New York  10112
Tel:   (212) 408-2500
Fax:   (212) 408-2501

Van H. Beckwith (to be admitted *pro hac vice*)
Allyson N. Ho (to be admitted *pro hac vice*)
Baker Botts, L.L.P.
2001 Ross Avenue
Dallas, Texas  75210
Tel:   (214) 953-6500
Fax:   (214) 953-6503
*Attorneys for Defendant*

## CERTIFICATION OF SERVICE

I, Maureen P. Reid, hereby certify that on this 6th day of November, 2007, a true and correct copy of Defendant's Notice of Motion to Dismiss, Memorandum in Support of Motion to Dismiss (and attached exhibits), and proposed Order were served via eletronic filing and regular first class mail, postage prepaid, upon the following counsel of record:

Daniel R. Lapinski, Esq.
**Wilentz, Goldman & Spitzer, P.A.**
90 Woodbridge Center Drive
Woodbridge, New Jersey 07095

Philip A. Tortoreti, Esq.
**Tortoreti Tomes & Callahan**
150 B. Tices Lane
East Brunswick, New Jersey 08816

Michael Halbfish, Esq.
**Tunney & Halbfish, Esqs.**
245 Main Street
Woodbridge, New Jersey 07095

_____
MAUREEN P. REID

NY01:198667.1