UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVAN WEINER, on behalf of himself and all others similarly situated,

          Plaintiff,

v.

SNAPPLE BEVERAGE CORPORATION,

          Defendant.

Civil Action No. 1:07-cv-08742

**MOTION TO ADMIT
ALLYSON N. HO *PRO HAC VICE***

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Seth T. Taube, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

| | |
|---|---|
| Applicant's Name: | Allyson N. Ho |
| Firm Name: | BAKER BOTTS L.L.P. |
| Address: | 2001 Ross Avenue, Suite 600 |
| City/State/Zip: | Dallas, Texas 75201 |
| Phone Number: | (214) 953-6500 |
| Fax Number: | (214) 953-6503 |
| Email Address: | allyson.ho@bakerbotts.com |

Allyson N. Ho is a member in good standing of the Bar of the State of Texas. Attached hereto is a Certificate of Good Standing from that jurisdiction. There are no pending disciplinary actions proceeding against Allyson N. Ho in any State or Federal Court.

DATED: November 7, 2007
New York, New York

Respectfully submitted,

By: _____
    Seth T. Taube (ST 6088)
    **BAKER BOTTS L.L.P.**
    30 Rockefeller Plaza
    New York, NY 10112
    (212) 408-2655
    (212) 259-2455 (Fax)

1

## CERTIFICATE OF SERVICE

 I, Maureen P. Reid, hereby certify that the foregoing was served this 7th day of November, 2007, by electronic and first-class U.S. Mail, postage prepaid, on the following counsel of record:

Daniel R. Lapinski
Wilentz, Goldman & Spitzer, P.A.
Wall Street Plaza
88 Pine Street
New York, New York  10006

Philip A. Tortoreti
Tortoreti, Tomes & Callahan, P.C.
150 B Tices Lane
East Brunswick, NJ  08816

Michael Halbfish
Tunney & Halbfish
245 Main Street
Woodbridge, NJ  07095

_____
Maureen P. Reid

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVAN WEINER, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

SNAPPLE BEVERAGE CORPORATION,

    Defendant.

Civil Action No. 1:07-cv-08742

**AFFIDAVIT OF SETH T. TAUBE IN SUPPORT OF MOTION TO ADMIT ALLYSON N. HO *PRO HAC VICE***

STATE OF NEW YORK   )
                                ) ss:
COUNTY OF NEW YORK  )

    Seth T. Taube, being duly sworn, hereby deposes and says as follows:

1.   I am a partner with Baker Botts L.L.P., counsel for Defendant in the above-captioned action. I am familiar with the proceedings in this case. I make this statement on my personal knowledge of the facts set forth herein and in support of Defendant's Motion to Admit Allyson N. Ho as counsel *pro hac vice* to represent Defendant in this matter.

2.   I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1980. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.   I have known Allyson N. Ho since 2006.

4.   Ms. Ho is an associate with the Dallas, Texas office of Baker Botts L.L.P.

5.   I have found Ms. Ho to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.   Accordingly, I am pleased to move the admission of Allyson N. Ho, *pro hac vice*.

7.   I respectfully submit a proposed order granting the admission of Allyson N. Ho, *pro hac vice*, which is attached hereto as Exhibit A.

1

WHEREFORE, it is respectfully requested that the motion to admit Allyson N. Ho, *pro hac vice*, to represent Defendant in the above-captioned matter, be granted.

DATED: November 7, 2007  
New York, New York

Respectfully submitted,

By: _____  
Seth T. Taube (ST 6088)  
**BAKER BOTTS L.L.P.**  
30 Rockefeller Plaza  
New York, NY 10112  
(212) 408-2655  
(212) 259-2455 (Fax)

SWORN TO BEFORE ME in the State and County of New York this 7th day of November, 2007.

_____  
Notary Public

DENISE G. JOHNSON  
NOTARY PUBLIC, State of New York  
No. 01JO4512898  
Qualified in Queens County  
Certificate Filed in New York County  
Commission Expires Nov. 30, 2009

2

DAL01:981008.2

## CERTIFICATE OF SERVICE

    I, Maureen P. Reid, hereby certify that the foregoing was served this 7th day of November, 2007, by electronic and first-class U.S. Mail, postage prepaid, on the following counsel of record:

Daniel R. Lapinski
Wilentz, Goldman & Spitzer, P.A.
Wall Street Plaza
88 Pine Street
New York, New York 10006

Philip A. Tortoreti
Tortoreti, Tomes & Callahan, P.C.
150 B Tices Lane
East Brunswick, NJ 08816

Michael Halbfish
Tunney & Halbfish
245 Main Street
Woodbridge, NJ 07095

_____
Maureen P. Reid

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, **BLAKE HAWTHORNE**, Clerk of the Supreme Court of Texas, certify that the records of this office show that

**ALLYSON NEWTON HO**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 13th day of December, 2001.

I further certify that the records of this office show that, as of this date

**ALLYSON NEWTON HO**

is presently enrolled with the State Bar of Texas as a member in good standing, but because of this attorney's voluntary non-practicing election, is not authorized to practice law in the State of Texas.

**IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this, the 16th day of October, 2007.

BLAKE HAWTHORNE, Clerk

by *Brad Sonego*
Brad Sonego, Deputy Clerk

No. 4601B

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVAN WEINER, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SNAPPLE BEVERAGE CORPORATION,<br><br>　　　　　　　　Defendant. | Civil Action No. 1:07-cv-08742<br><br>**ORDER GRANTING MOTION TO ADMIT ALLYSON N. HO *PRO HAC VICE*** |

　　　　Upon the written motion of Seth T. Taube, attorney for Defendant, and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

　　　　　　　　Allyson N. Ho
　　　　　　　　BAKER BOTTS L.L.P.
　　　　　　　　2001 Ross Avenue, Suite 600
　　　　　　　　Dallas, TX 75201
　　　　　　　　(214) 953-6500
　　　　　　　　(214) 953-6503 (Fax)
　　　　　　　allyson.ho@bakerbotts.com

is admitted to practice *pro hac vice* for Defendant in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. As this action has been assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

DATED: _____, 2007
New York, New York

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/MAGISTRATE JUDGE

1

DAL01:981014.2