UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EVAN WEINER, on behalf of himself and all others similarly situated,

        Plaintiff,

v.

SNAPPLE BEVERAGE CORPORATION,

        Defendant.

---

Civil Action No. 1:07-cv-08742

**MOTION TO ADMIT
VAN H. BECKWITH *PRO HAC VICE***

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Seth T. Taube, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Van H. Beckwith |
| Firm Name: | BAKER BOTTS L.L.P. |
| Address: | 2001 Ross Avenue, Suite 600 |
| City/State/Zip: | Dallas, Texas 75201 |
| Phone Number: | (214) 953-6500 |
| Fax Number: | (214) 953-6503 |
| Email Address: | van.beckwith@bakerbotts.com |

Van H. Beckwith is a member in good standing of the Bar of the State of Texas. Attached hereto is a Certificate of Good Standing from that jurisdiction. There are no pending disciplinary actions proceeding against Van H. Beckwith in any State or Federal Court.

DATED: November 7, 2007
New York, New York

Respectfully submitted,

By: _____
Seth T. Taube (ST 6088)
**BAKER BOTTS L.L.P.**
30 Rockefeller Plaza
New York, NY 10112
(212) 408-2655
(212) 259-2455 (Fax)

1

## CERTIFICATE OF SERVICE

I, Maureen P. Reid, hereby certify that the foregoing was served this 7th day of November, 2007, by electronic and first-class U.S. Mail, postage prepaid, on the following counsel of record:

Daniel R. Lapinski
Wilentz, Goldman & Spitzer, P.A.
Wall Street Plaza
88 Pine Street
New York, New York  10006

Philip A. Tortoreti
Tortoreti, Tomes & Callahan, P.C.
150 B Tices Lane
East Brunswick, NJ  08816

Michael Halbfish
Tunney & Halbfish
245 Main Street
Woodbridge, NJ  07095

_____
Maureen P. Reid

DAL01:980997.2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVAN WEINER, on behalf of himself and all others similarly situated,<br><br>               Plaintiff,<br><br>     v.<br><br>SNAPPLE BEVERAGE CORPORATION,<br><br>               Defendant. | Civil Action No. 1:07-cv-08742<br><br>**AFFIDAVIT OF SETH T. TAUBE IN SUPPORT OF MOTION TO ADMIT VAN H. BECKWITH *PRO HAC VICE*** |

STATE OF NEW YORK   )
                               )  ss:
COUNTY OF NEW YORK )

    Seth T. Taube, being duly sworn, hereby deposes and says as follows:

1. I am a partner with Baker Botts L.L.P., counsel for Defendant in the above-captioned action. I am familiar with the proceedings in this case. I make this statement on my personal knowledge of the facts set forth herein and in support of Defendant's Motion to Admit Van H. Beckwith as counsel *pro hac vice* to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1980. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Van H. Beckwith since 2004.

4. Mr. Beckwith is a partner with the Dallas, Texas office of Baker Botts L.L.P.

5. I have found Mr. Beckwith to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Van H. Beckwith, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Van H. Beckwith, *pro hac vice*, which is attached hereto as Exhibit A.

1

DAL01:981005.2

2

WHEREFORE, it is respectfully requested that the motion to admit Van H. Beckwith, *pro hac vice*, to represent Defendant in the above-captioned matter, be granted.

DATED: November 7 2007  
New York, New York

Respectfully submitted,

By: _____  
Seth T. Taube (ST 6088)  
**BAKER BOTTS L.L.P.**  
30 Rockefeller Plaza  
New York, NY 10112  
(212) 408-2655  
(212) 259-2455 (Fax)

SWORN TO BEFORE ME in the State and County of New York this 7th day of November, 2007.

_____  
Notary Public

2

## CERTIFICATE OF SERVICE

I, Maureen P. Reid, hereby certify that the foregoing was served this 7th day of November, 2007 by electronic and first-class U.S. Mail, postage prepaid, on the following counsel of record:

Daniel R. Lapinski
Wilentz, Goldman & Spitzer, P.A.
Wall Street Plaza
88 Pine Street
New York, New York  10006

Philip A. Tortoreti
Tortoreti, Tomes & Callahan, P.C.
150 B Tices Lane
East Brunswick, NJ  08816

Michael Halbfish
Tunney & Halbfish
245 Main Street
Woodbridge, NJ  07095

_____
Maureen P. Reid

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**VAN HAROLD BECKWITH**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 2nd day of November, 1990.

I further certify that the records of this office show that, as of this date

**VAN HAROLD BECKWITH**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this 16th day of October, 2007.

BLAKE HAWTHORNE, Clerk

by *Brad Sonego*
Brad Sonego, Deputy Clerk

No. 4601

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVAN WEINER, on behalf of himself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SNAPPLE BEVERAGE CORPORATION,<br><br>　　　　　　　Defendant. | Civil Action No. 1:07-cv-08742<br><br>**ORDER GRANTING MOTION TO ADMIT VAN H. BECKWITH** *PRO HAC VICE* |

Upon the written motion of Seth T. Taube, attorney for Defendant, and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

> Van H. Beckwith
> BAKER BOTTS L.L.P.
> 2001 Ross Avenue, Suite 600
> Dallas, TX 75201
> (214) 953-6500
> (214) 953-6503 (Fax)
> van.beckwith@bakerbotts.com

is admitted to practice *pro hac vice* for Defendant in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. As this action has been assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

DATED: _____, 2007
New York, New York

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/MAGISTRATE JUDGE

DAL01:981011.1