SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EVAN WEINER, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

SNAPPLE BEVERAGE CORPORATION,

    Defendant.

---

Civil Action No. 1:07-cv-08742 (DLC)

**MOTION TO ADMIT
ALLYSON N. HO *PRO HAC VICE***

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Seth T. Taube, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

| | |
|---|---|
| Applicant's Name: | Allyson N. Ho |
| Firm Name: | BAKER BOTTS L.L.P. |
| Address: | 2001 Ross Avenue, Suite 600 |
| City/State/Zip: | Dallas, Texas 75201 |
| Phone Number: | (214) 953-6500 |
| Fax Number: | (214) 953-6503 |
| Email Address: | allyson.ho@bakerbotts.com |

Allyson N. Ho is a member in good standing of the Bar of the State of Texas. Attached hereto is a Certificate of Good Standing from that jurisdiction. There are no pending disciplinary actions proceeding against Allyson N. Ho in any State or Federal Court.

DATED: November 7, 2007
New York, New York

Respectfully submitted,

By: _____
Seth T. Taube (ST 6088)
**BAKER BOTTS L.L.P.**
30 Rockefeller Plaza
New York, NY 10112
(212) 408-2655
(212) 259-2455 (Fax)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/07

1

DAL01:981004.2

## CERTIFICATE OF SERVICE

I, Maureen P. Reid, hereby certify that the foregoing was served this 7th day of November, 2007, by electronic and first-class U.S. Mail, postage prepaid, on the following counsel of record:

Daniel R. Lapinski
Wilentz, Goldman & Spitzer, P.A.
Wall Street Plaza
88 Pine Street
New York, New York 10006

Philip A. Tortoreti
Tortoreti, Tomes & Callahan, P.C.
150 B Tices Lane
East Brunswick, NJ 08816

Michael Halbfish
Tunney & Halbfish
245 Main Street
Woodbridge, NJ 07095

_____
Maureen P. Reid

DAL01:981004.2