UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVAN WEINER, on behalf of himself and all
others similarly situated,

Civil Action No. 07-CIV-8742

Plaintiff,

v.

SNAPPLE BEVERAGE CORPORATION,

**MOTION TO ADMIT PHILIP A.
TORTORETI *PRO HAC VICE***

Defendant.

PURUSANT TO RULE 1.3(c) of the Local Rules of the United States District

Court for the Southern and Eastern Districts of New York, I, Daniel R. Lapinski, a

member in good standing of the bar of this Court, hereby move for an Order allowing the

admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Philip A. Tortoreti (PT4465) |
| Firm Name: | Tortoreti, Tomes & Callahan, P.C. |
| Address: | 150B Tices Lane |
| City/State/Zip: | East Brunswick, NJ 08816 |
| Phone Number: | 732-257-9100 |
| Fax Number: | 732-257-9012 |
| Email Address: | ptort@ttclawyers.com |

Philip A. Tortoreti is a member in good standing of the Bar of the State of New

Jersey. Attached hereto is a Certificate of Good Standing from that jurisdiction. There

are no pending disciplinary actions proceeding against Philip A. Tortoreti in any State or

Federal Court.*

Dated:    10 | 18 | 07

Respectfully submitted,

By: _____

Daniel R. Lapinski
Wilentz, Goldman & Spitzer
110 William Street
26th Floor
New York, NY 10038
(732) 636-8000
(732) 855-6117


*Mr. Tortoreti is also voluntarily an inactive member of the Bar of the United States
Virgin Islands that is subject to active membership reinstatement at his discretion. His
inactive status is a result of a personal decision that does not relate to any ethics or other
law related issue.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EVAN WEINER, on behalf of himself and all
others similarly situated,

                        Plaintiff,

        v.

SNAPPLE BEVERAGE CORPORATION,

                        Defendant

Civil Action No. 07-CIV-8742

**AFFIDAVIT OF DANIEL R.
LAPINSKI IN SUPPORT OF
MOTION TO ADMIT PHILIP A.
TORTORETI *PRO HAC VICE***

---

| STATE OF NEW YORK | ) | |
|---|---|---|
| | ) | ss: |
| COUNTY OF NEW YORK | ) | |

       Daniel R. Lapinski, being duly sworn, hereby deposes and says as follows:

1.    I am an associate with Wilentz, Goldman & Spitzer, counsel for Plaintiffs in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's Motion to Admit Philip A. Tortoreti as counsel *pro hac vice* to represent Plaintiff in this matter.

2.    I am a member in good standing of the bar of the State of New York, and was admitted to practice law before the First Judicial Department on March 4, 2002. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court since my admission on April 16, 2002.

3.    I have known Philip A. Tortoreti since November 2006. Since that time, and up to the present, I have worked as co-counsel with him on several matters.

4.    Mr. Tortoreti is a partner with the East Brunswick, New Jersey office of Tortoreti, Tomes & Callahan, P.C.

5.    I have found Mr. Tortoreti to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.    Accordingly, I am pleased to move the admission of Philip A. Tortoreti, *pro hac vice*.

7.    I respectfully submit a proposed order granting the admission of Philip A. Tortoreti, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Philip A.

Tortoreti, *pro hac vice*, to represent Plaintiffs in the above-captioned matter, be granted.

DATED:    10 | 18 | 07

Respectfully submitted,

By: _____

Daniel R. Lapinski
Wilentz, Goldman & Spitzer
110 William Street
26th Floor
New York, New York 10038
(212) 267-3091

Sworn to before me
in the State of New Jersey
and County of Middlesex
this 15th day of October, 2007

_____
Notary Public

MARIANNE McGUCKIN
Notary Public - State of N.J.
My Commission Expires Aug 1, 2011

# Certificate of Good Standing



## United States of America
-
## District of New Jersey

I,   WILLIAM T. WALSH,   Clerk of the United States District Court for the District of New Jersey, do hereby certify that:

### *Philip A. Tortoreti*

was duly admitted to practice in said Court as of June 12, 1975, and is in good standing as a member of the Bar of said Court.

Dated at Newark, New Jersey
on: November 13, 2007

WILLIAM T. WALSH, CLERK

By

Carey P. Carlisle, Deputy Clerk

U. S. District Court for the District of New Jersey does not entertain a grievance committee.
Contact Board of Bar Examiners, New Jersey State Supreme Court.

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EVAN WEINER, on behalf of himself and all
others similarly situated,

                                                  Civil Action No. 07-CIV-8742

                            Plaintiff,

            v.

SNAPPLE BEVERAGE CORPORATION,                     **ORDER FOR ADMISSION *PRO
                                                  HAC VICE* OF PHILIP A.
                                                  TORTORETI ON WRITTEN
                                                  MOTION**

                            Defendant.

---

        Upon the written motion of Daniel R. Lapinski, attorney for Plaintiff, and said

sponsor attorney's Affidavit in support;

        **IT IS HEREBY ORDERED** that

                        Philip A. Tortoreti
                        Tortoreti, Tomes & Callahan, P.C.
                        150B Tices Lane
                        East Brunswick, NJ 08816
                        (732) 257-9100
                        (732) 257-9012  (fax)
                        ptort@ttclawyers.com

is admitted to practice *pro hac vice* as counsel for Plaintiff in the above-captioned case in

the United States District Court for the Southern District of New York.  All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing discipline of attorneys.  As this action has been assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF

password at <u>nysd.uscourts.gov</u>.  Counsel shall forward the *pro hac vice* fee to the Clerk of

the Court.

DATED: _____, 2007.
New York, New York


_____
UNITED STATES DISRICT/MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I, Daniel R. Lapinski, hereby certify that the foregoing Motion to Admit Philip A. Tortoreti *Pro Hac Vice*; Affidavit of Daniel R. Lapinski in Support of Motion to Admit Philip A. Tortoreti *Pro Hac Vice*; and Order for Admission *Pro Hac Vice* of Philip A. Tortoreti on Written Motion were served this 22nd day of October, 2007, via U.S. mail, on the following counsel of record:

Van H. Beckwith
Baker Botts, L.L.P.
2001 Ross Avenue, Suite 600
Dallas, Texas 75201

Maureen P. Reid
Baker Botts, L.L.P.
30 Rockefeller Plaza
New York, NY 10112

_____
DANIEL R. LAPINSKI

#3828224