UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

EVAN WEINER, on behalf of himself and all
others similarly situated,

Civil Action No. 07-CIV-8742

Plaintiff,

v.

SNAPPLE BEVERAGE CORPORATION,

**MOTION TO ADMIT LYNNE M.
KIZIS *PRO HAC VICE***

Defendant.

_____

PURUSANT TO RULE 1.3(c) of the Local Rules of the United States District

Court for the Southern and Eastern Districts of New York, I, Daniel R. Lapinski, a

member in good standing of the bar of this Court, hereby move for an Order allowing the

admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Lynne M. Kizis (LK0860) |
| Firm Name: | Wilentz, Goldman & Spitzer, P.A. |
| Address: | 90 Woodbridge Center Drive |
| City/State/Zip: | Woodbridge, New Jersey 07095 |
| Phone Number: | 732-636-8000 |
| Fax Number: | 732-726-6612 |
| Email Address: | lkizis@wilentz.com |

Lynne M. Kizis is a member in good standing of the Bar of the State of New

Jersey. Attached hereto is a Certificate of Good Standing from that jurisdiction. There

#3828224

are no pending disciplinary actions proceeding against Lynne M. Kizis in any State or

Federal Court.

Dated:  11|21|07

Respectfully submitted,

By: _____
Daniel R. Lapinski
Wilentz, Goldman & Spitzer
110 William Street
26th Floor
New York, NY  10038
(732) 636-8000 - telephone
(732) 855-6117 – facsimile

#3828224

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EVAN WEINER, on behalf of himself and all
others similarly situated,

                                            Civil Action No. 07-CIV-8742

                        Plaintiff,

        v.

SNAPPLE BEVERAGE CORPORATION,

                                            **AFFIDAVIT OF DANIEL R.
                                            LAPINSKI IN SUPPORT OF
                                            MOTION TO ADMIT
                                            LYNNE M. KIZIS
                                            *PRO HAC VICE***

                        Defendant

---

STATE OF NEW YORK    )
                     )    ss:
COUNTY OF NEW YORK   )

Daniel R. Lapinski, being duly sworn, hereby deposes and says as follows:

1.    I am an associate with Wilentz, Goldman & Spitzer, counsel for Plaintiff in the
      above-captioned action. I am familiar with the proceedings in this case. I make
      this statement based on my personal knowledge of the facts set forth herein and in
      support of Plaintiff's Motion to Admit Lynne M. Kizis as counsel *pro hac vice*
      to represent Plaintiff in this matter.

2.    I am a member in good standing of the bar of the State of New York, and was
      admitted to practice law before the First Judicial Department on March 4, 2002. I
      am also admitted to the bar of the United States District Court for the Southern
      District of New York, and am in good standing with this Court since my
      admission on April 16, 2002.

3.    I have known Lynne M. Kizis since November 2006. Since that time, and up
      to the present, I have worked closely with Ms. Kizis on numerous matters.

4.    Ms. Kizis is a partner with the Firm of Wilentz, Goldman & Spitzer, P.A. with her
      office being located in Woodbridge, New Jersey.

#3828224

5.    I have found Ms. Kizis to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.    Accordingly, I am pleased to move the admission of Lynne M. Kizis, *pro hac vice*.

7.    I respectfully submit a proposed order granting the admission of Lynne M. Kizis, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Lynne M.

Kizis, *pro hac vice*, to represent Plaintiff in the above-captioned matter, be granted.

DATED: 11/21/07

Respectfully submitted,

By: _____
Daniel R. Lapinski
Wilentz, Goldman & Spitzer
110 William Street
26th Floor
New York, New York 10038
(212) 267-3091

Sworn to before me
in the State of New Jersey
and County of Middlesex
this 21st day of November, 2007

_____
Notary Public

MARIANNE McGUCKIN
Notary Public - State of N.J.
My Commission Expires Aug. 1, 2011

#3828224

# Certificate of Good Standing



# United States of America

# District of New Jersey

I,    WILLIAM T. WALSH,    Clerk of the United States District Court for the District of New Jersey, do hereby certify that:

## Lynne M. Kizis

was duly admitted to practice in said Court as of December 18, 1987, and is in good standing as a member of the Bar of said Court.

Dated at Newark, New Jersey
on: November 15, 2007

WILLIAM T. WALSH, CLERK

By_____

Carey P. Carlisle, Deputy Clerk

*U. S. District Court for the District of New Jersey does not entertain a grievance committee.*
*Contact Board of Bar Examiners, New Jersey State Supreme Court.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EVAN WEINER, on behalf of himself and all
others similarly situated,

                         Civil Action No. 07-CIV-8742

             Plaintiff,

      v.

SNAPPLE BEVERAGE CORPORATION,

                         **ORDER FOR ADMISSION *PRO HAC VICE* OF LYNNE M. KIZIS ON WRITTEN MOTION**

             Defendant.

---

Upon the written motion of Daniel R. Lapinski, attorney for Plaintiff, and said

sponsor attorney's Affidavit in support;

**IT IS HEREBY ORDERED** that

> Lynne M. Kizis (LK0860)
> Wilentz, Goldman & Spitzer, P.A.
> 90 Woodbridge Center Drive
> Woodbridge, New Jersey 07095
> 732-636-8000 - Telephone
> 732-726-6612 - Facsimile
> lkizis@wilentz.com

is admitted to practice *pro hac vice* as counsel for Plaintiff in the above-captioned case in

the United States District Court for the Southern District of New York. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing discipline of attorneys. As this action has been assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF

#3828224

password at <u>nysd.uscourts.gov</u>. Counsel shall forward the *pro hac vice* fee to the Clerk of

the Court.

DATED: _____, 2007.
New York, New York

_____
UNITED STATES DISRICT/MAGISTRATE JUDGE

#3828224

## CERTIFICATE OF SERVICE

I, Daniel R. Lapinski, hereby certify that the foregoing Motion to Admit Lynne M. Kizis

*Pro Hac Vice*; Affidavit of Daniel R. Lapinski in Support of Motion to Admit Lynne M. Kizis

*Pro Hac Vice*; and Order for Admission *Pro Hac Vice* of Lynne M. Kizis on Written Motion

were served this 21st day of November, 2007, via UPS Overnight Delivery, on the following

counsel of record.


Van H. Beckwith
Baker Botts, LLP
2001 Ross Avenue, Suite 600
Dallas, TX 75201

Maureen P. Reid
Baker Botts, LLP
30 Rockefeller Plaza
New York, NY 10112

_____
DANIEL R. LAPINSKI