# BAKER BOTTS LLP

30 ROCKEFELLER PLAZA
NEW YORK, NEW YORK
10112-4498

TEL +1 212.408.2500
FAX +1 212.408.2501
www.bakerbotts.com

AUSTIN
BEIJING
DALLAS
DUBAI
HONG KONG
HOUSTON
LONDON
MOSCOW
**NEW YORK**
RIYADH
WASHINGTON



Maureen P. Reid
TEL +1 212.408.2521
FAX +1 212.259.2521
maureen.reid@bakerbotts.com

December 3, 2007

**BY HAND DELIVERY**



The Honorable Denise Cote, U.S.D.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1040
New York, New York 10007

Re:   *Weiner v. Snapple Beverage Corporation*
      Civil Action No.: 1:07-cv-8742

Dear Judge Cote:

We represent Defendant in the above-referenced matter. Within the coming days we will file a motion to dismiss Plaintiff's Amended Complaint and write to request permission to exceed Your Honor's 25-page limit on memoranda of law in support of motions. Plaintiff's Amended Complaint raises substantial issues pertaining to FDA regulations, federal preemption, primary jurisdiction, New York's consumer protection statute and warranty and unjust enrichment claims. As a result, Defendant asks for an additional 10 pages to address these issues thoroughly and has obtained the consent of Plaintiff's counsel in this regard.

Respectfully,

Maureen P. Reid

cc:   Daniel R. Lapinski, Esq. (via electronic mail)
      Philip A. Tortoreti, Esq. (via electronic mail)
      Michael Halbfish, Esq. (via electronic mail)

Granted.
Denise Cote
December 5, 2007

NY01:199404.1