**SCANNED**



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EVAN WEINER, on behalf of himself and all others similarly situated,

                    Plaintiff,

v.

SNAPPLE BEVERAGE CORPORATION,

                    Defendant.

Civil Action No. 07-CIV-8742 (DLC)

*Granted. Denise Cote 12/5/07*

**MOTION TO ADMIT PHILIP A. TORTORETI *PRO HAC VICE***

---

PURUSANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Daniel R. Lapinski, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

    Applicant's Name:    Philip A. Tortoreti (PT4465)
    Firm Name:    Tortoreti, Tomes & Callahan, P.C.
    Address:    150B Tices Lane
    City/State/Zip:    East Brunswick, NJ 08816
    Phone Number:    732-257-9100
    Fax Number:    732-257-9012
    Email Address:    ptort@ttclawyers.com

Philip A. Tortoreti is a member in good standing of the Bar of the State of New Jersey. Attached hereto is a Certificate of Good Standing from that jurisdiction. There

#3828224

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/07

are no pending disciplinary actions proceeding against Philip A. Tortoreti in any State or Federal Court.*

Dated: 10|18|07

Respectfully submitted,

By: _____
Daniel R. Lapinski
Wilentz, Goldman & Spitzer
110 William Street
26th Floor
New York, NY 10038
(732) 636-8000
(732) 855-6117

*Mr. Tortoreti is also voluntarily an inactive member of the Bar of the United States Virgin Islands that is subject to active membership reinstatement at his discretion. His inactive status is a result of a personal decision that does not relate to any ethics or other law related issue.