USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/07

SCANNED

16

2007 NOV 26 PM 2:32
S.D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EVAN WEINER, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

SNAPPLE BEVERAGE CORPORATION,

    Defendant.

Civil Action No. 07-CIV-8742 (DLC)

Granted.
*[signature]*
December 5, 2007

**MOTION TO ADMIT LYNNE M. KIZIS *PRO HAC VICE***

---

PURUSANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Daniel R. Lapinski, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Lynne M. Kizis (LK0860) |
| Firm Name: | Wilentz, Goldman & Spitzer, P.A. |
| Address: | 90 Woodbridge Center Drive |
| City/State/Zip: | Woodbridge, New Jersey 07095 |
| Phone Number: | 732-636-8000 |
| Fax Number: | 732-726-6612 |
| Email Address: | lkizis@wilentz.com |

Lynne M. Kizis is a member in good standing of the Bar of the State of New Jersey. Attached hereto is a Certificate of Good Standing from that jurisdiction. There

#3828224

are no pending disciplinary actions proceeding against Lynne M. Kizis in any State or Federal Court.

Dated: 11/21/07

Respectfully submitted,

By: _____
Daniel R. Lapinski
Wilentz, Goldman & Spitzer
110 William Street
26th Floor
New York, NY 10038
(732) 636-8000 - telephone
(732) 855-6117 – facsimile

#3828224