UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVAN WEINER and TIMOTHY McCLAUSLAND, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SNAPPLE BEVERAGE CORPORATION,<br><br>Defendant. | Civil Action No.: 1:07-cv-08742<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that I, Allyson Ho, of the firm of Baker Botts L.L.P., admitted *pro hac vice* to practice in this Court on November 19, 2007, hereby enter an appearance in the above-captioned matter on behalf of Defendant Snapple Beverage Corporation, and request that all copies of papers in this action be served upon me at the address indicated below.

Dated: Dallas, Texas
         December 13, 2007

BAKER BOTTS L.L.P.

/s/ Allyson N. Ho
By:  Allyson N. Ho
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile:  (212) 953-6503
allyson.ho@bakerbotts.com

*Attorneys for Defendant*
*Snapple Beverage Corporation*

NY01:199736.1

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below a true and correct copy of the aforementioned document, **NOTICE OF APPEARANCE** was electronically filed with the Clerk of the Court, Southern District of New York. Notice of this filing will be sent by First Class Mail, postage prepaid upon:

Daniel R. Lapinski, Esq.
**Wilentz, Goldman & Spitzer, P.A.**
90 Woodbridge Center Drive
Woodbridge, New Jersey 07095

Philip A. Tortoreti, Esq.
**Tortoreti Tomes & Callahan**
150 B. Tices Lane
East Brunswick, New Jersey 08816

Michael Halbfish, Esq.
**Tunney & Halbfish, Esqs.**
245 Main Street
Woodbridge, New Jersey 07095

Dated: December 13, 2007

John P. Mitchell

NY01:199736.1