# WILENTZ GOLDMAN & SPITZER P.A.

## ATTORNEYS AT LAW

90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958
(732) 636-8000
Fax (732) 855-6117

Meridian Center I
Two Industrial Way West
Eatontown, NJ 07724-2265
(732) 542-4500
Fax (732) 493-8387

110 William Street
26th Floor
New York, NY 10038-3901
(212) 267-3091
Fax (212) 267-3828

Two Penn Center Plaza
Suite 910
Philadelphia, PA 19102
(215) 940-4000
Fax (215) 636-3999

Park Building
355 Fifth Avenue
Suite 400
Pittsburgh, PA 15222
(412) 232-0808
Fax (412) 232-0773

website: www.wilentz.com

Please reply to:
Woodbridge
Direct Dial: (732) 855-6066
Direct Fax: (732) 726-4735

March 4, 2008

**VIA UPS OVERNIGHT DELIVERY**

Honorable Denise Cote
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/6/08

RECEIVED MAR 0 5 2008 CHAMBERS OF DENISE COTE

**MEMO ENDORSED**

   RE: Evan Weiner, et al. v. Snapple Beverage Corporation
       Docket No. 07-cv-08742 (DLC)

Dear Judge Cote:

   We represent Plaintiffs Evan Weiner and Timothy McClausland in the above referenced consumer class action and write the Court with the consent of counsel for Defendant Snapple Beverage Corporation "Snapple") regarding the initial pretrial conference that has been scheduled before Your Honor on April 11, 2008 at 9 a.m. (See Docket No. 23). The parties respectfully request that the conference be adjourned.

   On December 7, 2007, the court entered a Consent Order to Stay Action (Docket No. 20) by virtue of which this matter was stayed pending a final, non-appealable decision on Defendant's motion to

# WILENTZ GOLDMAN &SPITZER P.A.
ATTORNEYS AT LAW

March 4, 2008
Page 2

dismiss in *Holk v. Snapple Beverage Corporation*, Civil Action No. 3:07-03018-MLC-JJH, a substantially similar action pending in the District of New Jersey.[1] Pursuant to the Order counsel is to submit a status letter to the Court on March 28, 2008.

The parties are in agreement that judicial economy will be best served adjourning the initial status conference until after a final, non-appealable decision is issued in the *Holk* matter.

We thank the Court for your consideration in this matter.

Respectfully submitted,

Daniel R. Lapinski

cc: V. Beckwith (via Electronic mail)
    M. Reid (via electronic mail)

*The conference is adjourned sine die. Status letter is due June 1, 2008.*

*Denise Cote*
*March 5, 2008*

---

[1] *Holk* was originally filed in New Jersey State Court on or about May 18, 2007, and was subsequently removed to the District of New Jersey on or about June 29, 2007. Snapple filed a motion to dismiss in *Holk* on October 18, 2007, and the motion has been fully briefed and is awaiting oral argument.