## BAKER BOTTS LLP



30 ROCKEFELLER PLAZA
NEW YORK, NEW YORK
10112-4498

TEL  +1 212.408.2500
FAX +1 212.408.2501
www.bakerbotts.com

AUSTIN
BEIJING
DALLAS
DUBAI
HONG KONG
HOUSTON
LONDON
MOSCOW
**NEW YORK**
PALO ALTO
RIYADH
WASHINGTON

Maureen P. Reid
TEL  +1 212.408.2521
FAX +1 212.259.2521
maureen.reid@bakerbotts.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/08

**MEMO ENDORSED**

June 17, 2008

**BY OVERNIGHT MAIL**

The Honorable Denise Cote, U.S.D.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1040
New York, New York 10007

    Re:    *Weiner v. Snapple Beverage Corporation*
            Civil Action No.: 1:07-cv-8742

Dear Judge Cote:

    We represent Defendant in the above-referenced matter. As previously reported, *Holk v. Snapple Beverage Corporation*, Civil Action No.: 3:07-03018-MLC-JJH ("*Holk*") is a substantially similar action pending in the District of New Jersey and this Court entered a Consent Order to Stay Action (Dkt. 20) on December 7, 2007. On May 27, 2008, counsel updated Your Honor on the status of *Holk* and promised to notify Your Honor as soon as we received a decision.

    On June 13, 2008, Judge Mary Cooper issued her Memorandum Opinion granting Snapple's motion to dismiss on implied preemption grounds and dismissing the entirety of the action with prejudice. For Your Honor's convenience, we have enclosed a copy of the Memorandum Opinion and Order and Judgment.

    We appreciate Your Honor's attention to this matter.

                                         Respectfully,

                                         Maureen P. Reid

cc:    Daniel R. Lapinski, Esq. (via electronic mail)
        Philip A. Tortoreti, Esq. (via electronic mail)
        Michael Halbfish, Esq. (via electronic mail)

*[Handwritten endorsement:]* Counsel shall advise the Court in letters no longer than two pages by June 27 of their proposal for continued litigation in 07 Civ. 8742.

*/s/ Denise Cote*
June 19, 2008

NY01:205652.1