# WILENTZ GOLDMAN & SPITZER P.A.

ATTORNEYS AT LAW

90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958
(732) 636-8000
Fax (732) 855-6117

Meridian Center I
Two Industrial Way West
Eatontown, NJ 07724-2265
(732) 542-4500
Fax (732) 493-8387

110 William Street
26th Floor
New York, NY 10038-3901
(212) 267-3091
Fax (212) 267-3828

Two Penn Center Plaza
Suite 910
Philadelphia, PA 19102
(215) 940-4000
Fax (215) 636-3999

Park Building
355 Fifth Avenue
Suite 400
Pittsburgh, PA 15222
(412) 232-0808
Fax (412) 232-0773

website: www.wilentz.com

Please reply to:
Woodbridge
Direct Dial: (732) 855-6066
Direct Fax: (732) 726-4735

DAVID T WILENTZ (1919-1988)
G. GEORGE GOLDMAN (1922-1959)
HENRY M SPITZER (1928-1988)

WARREN W WILENTZ
MORRIS BROWN
FREDERIC K BECKER[2]
NICHOLAS L. SANTOWASSO
RICHARD F. LERT[2]
JOHN A HOFFMAN
STEPHEN E. BARCAN
FRANCIS V. BONELLO
BARRY M EPSTEIN[2 10]
VINCENT P MALTESE
DAVID M WILDSTEIN
GORDON J. GOLUM
MARVIN J BRAUTH[2]
STUART A HOBERMAN[2 3]
STEPHEN A. SPITZER
ANNE S BABINEAU[2]
CHRISTINE D. PETRUZZELL
BRIAN J. MOLLOY
RANDALL J. RICHARDS
JOSEPH J. JANKOWSKI
DAVID S GORDON
FREDERICK J DENNEHY
ROY H. TANZMAN[2]
STEVEN J. TRIPP
JAY J ZIZNEWSKI
ALAN WASSERMAN<*
JAMES E. TRABILSY
MAUREEN S BINETTI<
ANTHONY J PANNELLA, JR.
MICHAEL J BARRETT[<]
MICHAEL F. SCHAFF[27]
ANGELO JOHN CIFALDI
FRANCIS X JOURNICK, JR. (1964-2006)
KEVIN M. BERRY[2]
NOEL S. TONNEMAN[?]
JOHN T. KELLY[2]
C KENNETH SHANK[7]
BARRY A. COOKE[3]
JON G. KUPILIK
PETER R. HERMAN[2]
EDWARD T KOLE
HESSER G McBRIDE, JR.
ERIC JOHN MARCY
ROBERT C KAUTZ[28]

VIOLA S LORDI[?]
LYNNE M KIZIS
KEVIN P RODDY[2 8 9]
DANIEL S BERNHEIM 3d[1 3]
DAVID H. STEIN
DOUGLAS WATSON LUBIC[2]
GHERYL J. OBERDORF
LISA A. GORAB[2]
RUSSELL J. FISHKIND[2]
LAWRENCE F. JACOBS[2]
FRED HOPKE[2]
CHARLES F. VUOTTO, JR.[1]
DONALD E. TAYLOR[2]
BARRY R SUGARMAN[2]
BRETT R HARRIS[2 5]
JEFFREY W. CAPPOLA
ALFRED M. ANTHONY[2]
DARREN M GELBER[2]
MATTHEW M WEISSMAN[2]
WILLIAM J. LINTON
DONNA M. JENNINGS
GIOVANNI ANZALONE
PETER A. GREENBAUM[2]
WILLARD C. SHIH[2]
BLAIR R ZWILLMAN[2 □]
STEVEN R. ENIS[2]
LAWRENCE C WEINER[2]
LAURIE E. MEYERS[2 4]
JOHN M. CANTALUPO[2]
BARBARA G OUACKENBOS[2]
DAVID P. PEPE
JOHN E HOGAN[2]

OF COUNSEL
MATTHIAS D. DILEO
ROBERT A. PETITO
HAROLD G. SMITH[']
ALAN B. HANDLER['']
MYRON ROSNER[2]
R. BENJAMIN COHEN

COUNSEL
SUSANNE S O'DONOHUE[4]
RISA A. KLEINER[3 1]
RUTH D. MARCUS[1 2]
RICHARD J. BYRNES
JAY V SURGENT
JAMES P LUNDY[23]

ELIZABETH FARLEY MURPHY
JAMES E. TONREY, JR[2]
DEIRDRE WOULFE PACHECO[2]
ROBERTO BENITES
JONATHAN J. BART[1 2 3]
YVONNE MARCUSE
ABBY RESNICK-PARIGIAN[2 3]
BRIAN KALVER[2]
ELLEN TORREGROSSA-O'CONNOR
AMANDA F. SHECHTER[2]
BARBARA J. KOONZ[3]
DAVID S. MESSER[2]
TODD E. LEHDER[5 7]

ASSOCIATES
LINDA LASHBROOK
LORETTA KIRSCH PRIVES[2]
ELIZABETH C. DELL[2]
NANCY A. SLOWE[2]
KELLY A. ERHARDT-WOJIE[3]
JEFFREY J BROOKNER
DAWN E MAGUIRE[2 4 5]
FRANCINE E. TAJFEL[2]
RONALD P. COLICCHIO[2 10]
ALBERTINA WEBB[2]
DONNA A. McBARRON
JOHN P MURDOCH II
MARY H SMITH
EDWARD J. ALBOWICZ[2]
ANNA I. MONFORTH
THOMAS P KELLY[2 5]
STEPHANIE D. GIRONDA
EVERETT M JOHNSON[2]
ALEX LYUBARSKY[2]
KEVEN H. FRIEDMAN[2]
GREGORY D. SHAFFER[2]<
JESSICA S. PYATT
LOUIS J SEMINSKI, JR.
DANIEL R LAPINSKI[2]
LAUREN R BERSCHLER[3]
MICHAEL F. FRIED[2]
MICHELE C. LEFKOWITZ[2]
DASHIKA R. WELLINGTON[3]
ROBERT L SELVERS[2]
ERIK C ACOSTA[2]
PAMELA R GOLD-ZAFRA[2]

ALYSON M. LEONE[2]
JULIE A. DEMAREE[2]
VINCENT CHENG[2]
MICHAEL J WEISSLITZ
JONATHAN M. BUSCH[3]
JAMIE M. BENNETT[2]
MARCELLO DE PERALTA[1 2]
KEITH L HOVEY[2]
JOSEPH J RUSSELL, JR.[2]
JON S. POLEVOY
HARA L PODEL[2]
EMILY D. VAIL[24]
GEMMA ABERNOVICH[2]
CHERYL E. CONNORS
RUTH A. RAULS[2]
JAMES J TRACY
CHAD B. SIMON[2]
ANTHONY WILKINSON[2]
DENIZA G GERTSBERG[2]
DESHA L. JACKSON
LOUIS A. GREENFIELD[2]
JULIA A. LOPEZ[2]
GINA A. LEE[2]
MELINDA COLON
AMY HERBOLD

< Certified Civil Trial Attorney
□ Certified Criminal Trial Attorney
‡ Certified Matrimonial Attorney
† Certified Workers Compensation Attorney
* National Certified Civil Trial Specialist
  Approved by the ABA
1 Not admitted NJ
2 Admitted NY
3 Admitted PA
4 Admitted CT
5 Admitted DC
6 Admitted MA
7 Admitted MD
8 Admitted VA
9 Admitted CA
10 Admitted FL
11 Admitted IL
12 Admitted ME

June 23, 2008

**MEMO ENDORSED**

VIA OVERNIGHT MAIL

Honorable Denise Cote
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08

  Re: Evan Weiner, et al. v. Snapple Beverage Corporation
    Docket No.: 07-CV-08742 (DLC)

Dear Judge Cote:

  We represent Plaintiffs Evan Weiner and Timothy McClausland in the above referenced matter and write the Court in response to the June 17, 2008 endorsed letter wherein, in light of the Memorandum Opinion granting Snapple's motion to dismiss in <u>Holk v. Snapple Beverage Corporation</u>, Civil Action No.: 3:07-03018-MLC-JJH ("Holk"), Your Honor instructed the parties to provide a proposal for continuing this litigation.

  As previously reported, by way of background, this Court entered a Consent Order to Stay Action (Dkt. 20) on December 7, 2007, wherein this matter was stayed pending a final, non-appealable



June 23, 2008
Page 2

decision on Defendant Snapple Beverage Corporation's motion to dismiss in Holk, a substantially similar action pending in the District of New Jersey. Pursuant to the June 13, 2008 dismissal of Holk, Plaintiff has until Monday July 14, 2008 to file a Notice of Appeal in the Holk matter. Accordingly, with the consent of counsel for Defendant, we write to request that the date by which the parties provide a proposal for continuation be extended to Friday, July 18, 2008. By that date, we can then advise the Court whether Plaintiffs have chosen to appeal

    Thank you for your consideration of the foregoing.

Most respectfully,

DANIEL R. LAPINSKI

DRL/ef
Encl.
cc:  Van Beckwith, Esq.      (via electronic mail)
     Maureen Reid, Esq.      (via electronic mail)
     Lynne M. Kizis, Esq.    (via electronic mail)
     Philip A. Tortoreti, Esq. (via electronic mail)
     Michael Halbfish, Esq.  (via electronic mail)

Granted.

*[signature]*
June 24, 2008